# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

JOSEPH ANDREW MOLLICK

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(4)(b) and (b)(2) – Possession of Child Pornography
18 U.S.C. § 2253(a) – Criminal Forfeiture

| | |
|---|---|
| **FILED** | |
| Nov 16 2021 | |
| CLERK, U.S. DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO | |

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___16th___ day of

November 2021.

Ada Means

Clerk

Hon. Jacqueline Scott Corley Bail, $ ___No-Process___

1    STEPHANIE M. HINDS (CABN 154284)
     Acting United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,          )   CASE NO.   **CR21-452 VC**
                                        )
12          Plaintiff,                  )
                                        )
13          v.                          )   VIOLATIONS:
                                        )   18 U.S.C. § 2252(a)(4)(b) and (b)(2) – Possession of
                                        )   Child Pornography
14   JOSEPH ANDREW MOLLICK,             )   18 U.S.C. § 2253(a) – Criminal Forfeiture
                                        )
15          Defendant.                  )
     _____)   SAN FRANCISCO
16

17                     I N D I C T M E N T

18   The Grand Jury charges:

19   COUNT ONE:        (18 U.S.C. § 2252(a)(4)(b) and (b)(2) – Possession of Child Pornography)

20          On or about August 30, 2019, in the Northern District of California, the defendant,

21                       JOSEPH ANDREW MOLLICK,

22   did knowingly possess matter which contained at least one visual depiction that had been mailed,

23   shipped, and transported using any means and facility of interstate and foreign commerce, and in and

24   affecting interstate and foreign commerce, including by computer, the production of which visual

25   depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, which visual

26   depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B)

27   and (b)(2).

28

INDICTMENT

---

**FILED**

Nov 16 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  FORFEITURE ALLEGATION:        (18 U.S.C. § 2253(a) – Criminal Forfeiture)

2      The allegations contained in this Indictment are re-alleged and incorporated by reference for the

3  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

4      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth

5  in this Indictment, the defendant,

6                          JOSEPH ANDREW MOLLICK,

7  shall forfeit to the United States of America:

8          a.  Any visual depiction described in Title 18, United States Code, Sections 2251,

9              2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film,

10             videotape, or other matter which contains any such visual depiction, which was

11             produced, transported, mailed, shipped or received in violation of Title 18, United

12             States Code, Chapter 110;

13         b.  Any property, real or personal, constituting, or traceable to gross profits or other

14             proceeds obtained from the offense alleged above; and

15         c.  Any property, real or personal, used or intended to be used to commit or to promote

16             the commission of the offense alleged above.

17     The property to be forfeited includes, but is not limited to:

18         a.      One (1) Apple iPad, Model# A2126;

19         b.      One (1) Apple iPhone, Serial# F97SG05ZFF9V;

20         c.      One (1) Apple iPad, Model# A1584;

21         d.      One (1) Apple iPhone X, Serial# F17W22H3JCL9;

22         e.      One (1) Apple iPod, 128 GB;

23         f.      One (1) Lacie external hard drives, Serial# 710377;

24         g.      One (1) Lacie external hard drive, Serial# NL32Y1AA;

25         h.      One (1) Maxtor external hard drive, Serial# L60BA30G;

26         i.      One (1) Apple external hard drive, Serial# C86RT11GF9H5;

27         j.      One (1) G Drive external hard drive, Serial# HD2T07ZH;

28         k.      One (1) iOmega external hard drive, Serial# ATA140105C;

l.   One (1) Lacie external hard drive, Serial# 301442U1100903529;

m.   One (1) LEXAR thumb drive, Serial# 330511GBB1908;

n.   One (1) Apple Macbook, Serial# W8822040103;

o.   One (1) Apple Macbook Pro, Serial# C02XKAJ7HC8;

p.   One (1) Apple external hard drive, Serial# 6F052018AQH;

q.   One (1) Apple iMac, Serial# C02Y90LLJ1GQ;

r.   One (1) Apple iMac, Serial# C02RK0C9GG7N;

s.   Seventy-eight (78) compact discs.

If any of the property described above, as a result of any act or omission of the defendant:

a.   Cannot be located upon exercise of due diligence;

b.   Has been transferred or sold to, or deposited with, a third party;

c.   Has been placed beyond the jurisdiction of the court;

d.   Has been substantially diminished in value; or

e.   Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Tile 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 16, 2021                          A TRUE BILL.


                                                  /s/ Foreperson
                                                  FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney


/s/ Kenneth Chambers
KENNETH CHAMBERS
Assistant United States Attorney