## INFORMATIONAL MEMORANDUM COVER SHEET

**TO:** The Honorable Joseph C. Spero, U.S. Chief Magistrate Judge  **RE:** MOLLICK, Joseph

**FROM:** Silvio Lugo, Chief U.S. Pretrial Services Officer  **Docket No.:** 3:21-cr-00452-VC

**Date:** March 25, 2022

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder  (408) 535-5230

U.S. Pretrial Services Officer  **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [X] Modification(s)

   U.S. Pretrial Services respectfully recommends the following condition of release be added:

   1. The defendant must remove the Smart TV from his residence and may not purchase, possess or have access to Smart TVs while on Pretrial release;
   2. The defendant must have mirror imaging and forensic examination conducted on his desktop computer at the direction of Pretrial Services to determine if there have been any violations of his release conditions, or whether there is any contraband stored on the computer.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions:

_____

**JUDICIAL OFFICER**       March 25, 2022
                          **DATE**