Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joseph Mollick

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSEPH ANDREW MOLLICK,<br><br>            Defendant. | Case No.: 3:21-cr-00452 VC<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO TRAVEL** |

Defendant Joseph Mollick, through undersigned counsel, hereby submits this unopposed motion to travel to Texas from June 17 to June 28, 2022, to visit his elderly mother.

Undersigned counsel has informed the government of this motion, and the government does not oppose. Counsel has also informed Mr. Mollick's Pretrial Services Officer of this request, and she does not oppose. The defense will submit a detailed itinerary to Mr. Mollick's Pretrial Services Officer before he departs, and he will check in with Pretrial immediately upon his return to California.

Dated: June 14, 2022                                    NOLAN BARTON & OLMOS, LLP


                                                        */S/ Daniel B. Olmos*
                                                        Daniel B. Olmos
                                                        Attorney for Joseph Andrew Mollick

Unopposed Motion and [Proposed] Order to Travel; Case No.: 3:21-cr-00452 VC

1
2
3                      **UNITED STATES DISTRICT COURT**
4              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
5                        **SAN FRANCISCO DIVISION**
6
  UNITED STATES,                          Case No.: 3:21-cr-00452 VC
7
                 Plaintiff,
8                                         **[PROPOSED] ORDER TO TRAVEL**
         v.
9
10 JOSEPH ANDREW MOLLICK
11
                 Defendant.
12
13        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Joseph
14 Mollick be permitted to travel to Texas from June 17 through June 28, 2022, to visit his elderly
15 mother.  He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in
16
   with Pretrial Services immediately upon his return.  All other conditions of release shall remain the
17
   same.
18
19
20 Dated:                              _____
                                       The Hon. Joseph C. Spero
21                                     United States Magistrate Judge
22
23
24
25
26
27
28

Unopposed Motion and [Proposed] Order to Travel; Case No.: 3:21-cr-00452 VC