Daniel Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joseph Mollick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOSEPH ANDREW MOLLICK,<br><br>            Defendant. | Case No.: 3:21-cr-00452 VC<br><br>**JOINT STATUS CONFERENCE MEMORANDUM** |

    Defendant Joseph Mollick, though his attorney Daniel Olmos, and the Government, through Assistant United States Attorney Kenneth Chambers, respectfully submit this status conference memorandum to assist the Court with respect to the hearing set for July 11, 2022.

    At the prior status conference on April 21, 2022, the parties reported to the Court that the Government had just finished producing discovery to the defense, and that the defense anticipated providing an expert report to the Government in the subsequent weeks which would assist in settlement negotiations.  The Court set the July 11, 2022, date as a plea-or-set date to permit the defense to review the new discovery, and to allow the parties time to resolve the case.

    The defense has had sufficient time to review the new discovery.  However, the expert report has taken longer than expected.  The report is close to being finalized and the defense believes that it will be produced to the Government prior to the July 11, 2022, hearing.  However, due to the delay

in the production of the report, the Government will need time to review the report and the parties will need additional time to negotiate an appropriate resolution of the case.

    At the July 11, 2022, hearing, the parties will be prepared to set a trial date, but will also request an interim date in approximately two months when they anticipate there will be a change of plea.

Dated: July 7, 2022                    NOLAN BARTON & OLMOS, LLP

                                         */S/ Daniel Olmos*
                                         Daniel Olmos
                                         Attorney for Joseph Andrew Mollick

Dated: July 7, 2022                    STEPHANIE M. HINDS
                                         United States Attorney

                                         */S/ Kenneth Chambers*
                                         Kenneth Chambers
                                         Assistant United States Attorney