# BOND MODIFICATION COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | **RE:** | MOLLICK, Joseph |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21CR00452-1 |
| **Date:** | July 7, 2022 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                                                        (408) 535-5230

U.S. Pretrial Services Officer                                      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following condition is deleted:**

1. The defendant is restricted to two internet devices subject to monitoring by Pretrial Services.

**The following conditions are added:**

1. The defendant must surrender all computers currently in his possession to Pretrial Services and have forensic examination conducted on his new desktop computer at the direction of Pretrial Services; to determine if there have been any violations of his release conditions, or whether there is any contraband stored on the computer.
2. The defendant is restricted to one internet capable, cellular phone approved by and subject to monitoring by Pretrial Services; and may not possess or access any other internet capable devices.
3. The defendant must submit to location monitoring as directed by Pretrial Services and must remain at his residence at all times except for the purposes of medical or mental health treatment; attorney visits, court appearances, court approved-obligations or other activities approved in advance by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____          July 7, 2022_____
**JUDICIAL OFFICER**                         **DATE**