Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joseph Mollick

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JOSEPH ANDREW MOLLICK,<br><br>                    Defendant. | Case No.: 3:21-cr-00452 VC<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO TRAVEL** |

Defendant Joseph Mollick, through undersigned counsel, hereby submits this unopposed motion to travel to Fort Worth, Texas from December 8 through December 20, 2022, to be with his elderly mother as she recovers from surgery.  Mr. Mollick's mother was very recently diagnosed with a potentially fatal disease, and is in the hospital as of the writing of this motion for a series of medical procedures.

Undersigned counsel has informed the government of this motion, and the government does not oppose. Counsel has also informed Mr. Mollick's Pretrial Services Officer of this request, and she also does not oppose. Mr. Mollick's Pretrial Services Officer has requested that the Court be notified of the following: "Pretrial Services noted that they typically would object to overnight travel on any defendant on location monitoring as they may not be able to resolve any equipment issues that may arise. However, they understand the special circumstances in this occasion and do not

object to this travel request. Should the Court agree to approve travel, Pretrial Services would

modify the defendant's location monitoring to GPS and would recommend that his home

confinement be modified to a curfew from 7pm to 7am."

 The defense will submit a detailed itinerary to Mr. Mollick's Pretrial Services Officer before

he departs, and he will check in with Pretrial immediately upon his return to California.

Dated: December 7, 2022      NOLAN BARTON & OLMOS, LLP


        */S/ Daniel B. Olmos*
        Daniel B. Olmos
        Attorney for Joseph Andrew Mollick

1
2
3          **UNITED STATES DISTRICT COURT**
4     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
5              **SAN FRANCISCO DIVISION**
6
UNITED STATES,                          Case No.: 3:21-MJ-71157-MAG
7
                    Plaintiff,
8                                       **[PROPOSED] ORDER TO TRAVEL**
9              v.
10
JOSEPH ANDREW MOLLICK
11
                    Defendant.
12
13
14          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Joseph
15
Mollick be permitted to travel to Texas from December 8 through December 20, 2022, to be with his
16
elderly mother as she recovers from surgery.  He is ordered to provide Pretrial Services with an
17
itinerary before he departs, and to check in with Pretrial Services immediately upon his return.
18
Pretrial Services may modify the defendant's location monitoring to GPS monitoring for the purposes
19
of his travel and impose any other condition it deems appropriate during the travel.  All other
20
conditions of release shall remain the same.
21
22
23   Dated:                            _____
24                                     The Hon. Joseph C. Spero
                                       United States Magistrate Judge
25
26
27
28