Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joseph Mollick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH ANDREW MOLLICK,<br><br>    Defendant. | Case No.: 3:21-cr-00452 VC<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO TRAVEL** |

    Defendant Joseph Mollick, through undersigned counsel, hereby submits this unopposed motion to travel to Fort Worth, Texas from March 1 through March 15, 2023, to be with his elderly and ailing mother. Mr. Mollick's mother was recently diagnosed with a potentially fatal disease. The Court permitted Mr. Mollick to travel to Texas in December 2022 to be with his mother as she recovered from surgery to address the condition. Since December, Mr. Mollick's mother's health has deteriorated, and she is currently in a nursing home. Mr. Mollick requests permission to spend time with his mother prior to his May 22, 2023, sentencing hearing.

    Undersigned counsel has informed the government of this motion, and the government does not oppose. Counsel has also informed Mr. Mollick's Pretrial Services Officer of this request, and she also does not oppose. Mr. Mollick's Pretrial Services Officer has requested that the Court be notified of the following: "Pretrial Services noted that they typically would object to overnight travel

on any defendant on location monitoring as they may not be able to resolve any equipment issues that may arise. However, they understand the special circumstances in this occasion and do not object to this travel request. Should the Court agree to approve travel, Pretrial Services would modify the defendant's location monitoring to GPS and would recommend that his home confinement be modified to a curfew from 7pm to 7am."

The defense will submit a detailed itinerary to Mr. Mollick's Pretrial Services Officer before he departs, and he will check in with Pretrial immediately upon his return to California.

Dated: February 23, 2023                           NOLAN BARTON & OLMOS, LLP


                                                    /S/ Daniel B. Olmos
                                                   _____
                                                   Daniel B. Olmos
                                                   Attorney for Joseph Andrew Mollick

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSEPH ANDREW MOLLICK,<br><br>         Defendant. | Case No.: 3:21-MJ-71157-MAG<br><br>**[PROPOSED] ORDER TO TRAVEL** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Joseph Mollick be permitted to travel to Texas from March 1 through March 15, 2023, to be with his elderly and sick mother.  He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in with Pretrial Services immediately upon his return.  Pretrial Services may modify the defendant's location monitoring to GPS monitoring for the purposes of his travel and impose any other condition it deems appropriate during the travel.  All other conditions of release shall remain the same.

Dated: _____

The Hon. Joseph C. Spero
United States Magistrate Judge