UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** May 24, 2023    **Time in Court: 43 minutes**    **Judge:** VINCE CHHABRIA

**Case No.:** 21-cr-00452-VC-1    **Case Name:** UNITED STATES v. Joseph Andrew Mollick

**Attorney for United States of America:** Kenneth Chambers
**Attorney for Defendant:** Daniel Olmos
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody   [X] Not In Custody

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Lee-Anne Shortridge
**Interpreter:** N/A    **Probation Officer:** Katrina Chu

### PROCEEDINGS

Sentencing - hearing held.

### RESULT OF HEARING

Sentence imposed: 24 months in custody; Five years supervised release; Special Assessment: $100; Fine: $25,000; Justice for Victim Trafficking Act: $5,000; Restitution to be determined. (See judgment for all additional conditions).

Self-Surrender date: August 25, 2023.

Court granted defendant's request to visit his mother, as needed, while on pretrial release.

**CASE CONTINUED TO: July 26, 2023 at 1:00 p.m. for Restitution Hearing**