CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7240
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-00452-VC |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JOSEPH ANDREW MOLLICK, | |
| Defendant. | |

On January 09, 2026, Officer Anthony Cardenas, of the United States Probation Office, filed a Petition for Warrant for Person Under Supervision ("the Petition"), charging the defendant, JOSEPH ANDREW MOLLICK, with four supervised release violations. *See* Dkt. 120.

This matter came before the Court on January 20, 2026 for an initial appearance on the Petition. On that date, the defendant was arraigned on the Petition. The government moved for detention, the defendant opposed, and the matter was set for an identification of counsel and detention hearing on January 22, 2026. On January 22, 2026, this matter came before the court for a detention hearing. The defendant was present and represented by Daniel Olmos.  Assistant United States Attorney Kenneth Chambers appeared for the government, and Officer Anthony Cardenas appeared for the United States Probation Office.  At the hearing, proffers and arguments were heard by the parties regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to show by clear and convincing evidence that no condition or combinations of conditions will reasonably assure the safety of any other person or the community. *See* Fed. R. Crim. Proc. 32.1(a)(6). Accordingly, the defendant must be detained pending the supervised release violation.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion: While on pretrial supervision of the underlying matter, the defendant violated his pretrial supervision condition that he must not possess any device that is not authorized by pretrial services. *See* Dkts. 32, 77. Additionally, as outlined in the Petition, the defendant "may not use or possess any computer that is not subject to the Computer Internet Monitoring Program (CIMP) without prior permission of the probation officer." *See* Dkt. 120. In the instant case, the defendant violated his supervised release condition by possessing devices without prior permission from his probation officer. Furthermore, these devices contained child pornography—a further violation of his supervised release conditions. These repeated violations demonstrate that he is unable to abide by Court orders, and the defendant puts the community at risk by continuing to possess child pornography. Accordingly, the defendant must be detained as there is no condition or a combination thereof that will reasonably assure the safety of any other person or the community. These findings are made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.    The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.    On order of a court of the United States or on request of an attorney for the government,

DETENTION ORDER                                    2                                    v. 11/01/2018
3:21-CR-00452-VC

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.


DATED: January 27, 2026

_____
HONORABLE SALLIE KIM
United States Magistrate Judge