CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANUPAM DHILLON (CABN 324746)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7234
    Anupam.Dhillon@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21-cr-00452-VC (SK) |
| Plaintiff, | ) | **DETENTION ORDER** |
| v. | ) | |
| JOSEPH ANDREW MOLLICK, | ) | |
| Defendant. | ) | |

On January 9, 2026, Anthony Cardenas, of the United States Probation Office, filed a Petition for Warrant for Person Under Supervision (the "Petition"), charging the defendant, Joseph Andrew Mollick, with four supervised release violations. *See* ECF No. 120. On January 22, 2026, the Court detained the defendant, after holding a hearing, on the basis that he possessed unauthorized devices and, most recently, possessed child pornography on an unauthorized device. ECF Nos. 124, 126. On May 6, 2026, the defendant moved this Court for review of his detention order, citing the government's decision not to pursue new criminal charges against the defendant as "changed circumstances" that warrant release. ECF No. 137. On May 18, 2026, the motion for review of detention came before this Court for a hearing. The defendant was present in custody and represented by Daniel Olmos, who was also present. Assistant United States Attorney Anupam Dhillon appeared for the Government, and Officer Anthony Cardenas

appeared for the United States Probation Office.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to show by clear and convincing evidence that any combination or combinations of conditions will reasonably assure the safety of any other person or the community. *See* Fed. R. Crim. Proc. 32.1(a)(6). Accordingly, the defendant must be detained pending the supervised release violation.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: while on supervised release, the defendant maintained access to his Apple iCloud account containing child pornography that served as the basis for his original conviction. Upon discovering that he had access to that child pornography, the Government proffers that the defendant selectively downloaded certain files depicting child pornography from his iCloud account to his Apple MacBook Pro and saved those files in specific folders associated with the Apple TV application for viewing. Furthermore, with respect to the unauthorized Apple MacBook Pro containing child pornography – a device in Defendant's possession – Defendant wrote in a text message to a family member that this device is kept on the "DL" and "tucked away," which indicates that he was likely hiding it from from law enforcement and/or the United States Probation Office. The Government's decision not to pursue new charges against the defendant based on the above conduct does not mitigate the risk that he poses to the community. These findings are made without prejudice to the defendant's right to seek review of his detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 18, 2026

_____
HONORABLE SALLIE KIM
United States Magistrate Judge